**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 04, 2025.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SAR AMERICAN PROPERTIES, LLC, | § § | CASE NO. 25-51776-MMP |
| DEBTOR. | § § | CHAPTER 11 |
| | § | |
| SAR AMERICAN PROPERTIES, LLC, RAHEEL BENGALI, ALEX SINNO, SRIDHAR VASIREDDY, SYNERGY CAPITAL AUTO LENDING, LLC & TEXAS AUTO SAVE, LLC, | § § § § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | ADV. NO. 25-05056-MMP |
| FROST BANK, | § § | |
| DEFENDANT. | § § | |

**ORDER TO APPEAR AND SHOW CAUSE**

The Court considered its *Order Requiring Statement Regarding Consent* (ECF No. 5) and the docket in the above-captioned case and determined some parties have failed to comply with this Court's prior *Order*. More specifically, Alex Sinno, Sridhar Vasireddy, Synergy Capital Auto Lending, LLC, and Texas Auto Save, LLC have yet to enter a statement regarding consent on the docket in the above-captioned case.

Because the above-referenced parties have failed to comply with this Court's *Order*, it is necessary for the Court to conduct a show-cause hearing to determine whether the Court should sanction these parties. It is, therefore,

**ORDERED** that the above-referenced parties and/or the parties' attorneys, including Russell Amsberry, appear before this Court on **MONDAY, OCTOBER 6, 2025 AT 2:00 P.M.** in the United States Bankruptcy Court for the Western District of Texas, Courtroom Number One, Third Floor, Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, San Antonio, Texas, and show cause as to why they should not be sanctioned for their failure to comply with this Court's prior *Order*.

# # #